IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DON EUGENE ROBERTSON                                              PLAINTIFF

  v.                    Civil No. 09-5147

BENTON COUNTY DETENTION
CENTER, et al.                                                    DEFENDANTS

**O R D E R**

Now on this 16th day of August, 2010, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #9), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are hereby **dismissed**.

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE